UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20129-UU

SILVIANA TRIFAN,

    Plaintiff,

v.

CG RYC, LLC, *et al.*,

    Defendants.

    _____/

**ORDER**

    The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, April 20, 2018, at 10:30 AM**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of March, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf